UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV13-2792-DMG (RZx) | Date | November 25, 2014 |
|---|---|---|---|
| Title | Samir Abu-Lughod v. Suhail Calis, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - Order To Show Cause Re: Counterclaim Dismissal for Lack of Prosecution**

Absent a showing of good cause, a counterclaim must be dismissed without prejudice if the summons and counterclaim are not served on a counter defendant within 120 days after the counterclaim is filed. Generally, counter defendant must answer the counterclaim within 21days after service (60 days if the counter defendant is the United States.)

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders counter claimant(s) to show cause in writing on or before **December 9, 2014** why the counterclaim should not be dismissed for lack of prosecution. As an alternative to a written response by counter claimant(s), the Court will consider the filing of one of the following, as an appropriate response to this Order To Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

_____   An answer by the following counter defendant(s): **Samir Abu-Lughod**;
_____   Counter claimant's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure;

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2).

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by counter claimant(s) is due. The counterclaim will be **dismissed** if the above-mentioned document(s) are not filed by the date indicated above.