JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SAMIR ABU-LUGHOD, | CASE NUMBER |
| | |
| PLAINTIFF, | CV 13-2792-DMG (RZx) |
| v. | |
| SUHAIL CALlS, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT** |
| DEFENDANTS. | |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that Plaintiff Samir Abu-Lughod take nothing; that the action be dismissed on the merits in favor of Defendants; and that Defendant Suhail Calis recover of Plaintiff Samir Abu-Lughod the sum of $520,000.

Clerk, U. S. District Court

Dated:  October 1, 2015

/s/ Kane Tien
Courtroom Deputy to
Dolly M. Gee
United States District Judge